# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON and LATOYA WILLIAMS,<br><br>Plaintiffs<br><br>v.<br><br>MAIKA ABRIGO,<br><br>Defendant | Case No.: 2:19-cv-01326-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of the defendant's response to the order to show cause (ECF No. 8),

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied, and I will not remand for lack of subject matter jurisdiction.

DATED this 19th day of August, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE