# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al.,<br>　　Plaintiff(s),<br>v.<br>MAIKA ABRIGO,<br>　　Defendant(s). | Case No.: 2:19-cv-01326-APG-NJK<br><br>**ORDER** |

Pending before the Court is the parties' discovery plan. Docket No. 13. The Court hereby **SETS** a scheduling hearing for 3:00 p.m. on September 17, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge