Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS WILKERSON, individually; and LATOYA WILLIAMS, individually,<br><br>Plaintiffs,<br>vs.<br><br>MAIKA ABRIGO, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | ) <br>) CASE NO.: 2:19-cv-01326-APG-NJK <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

## **STIPULATION AND ORDER TO AMEND CAPTION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiffs, CURTIS WILKERSON and LATOYA WILLIAMS, by and through their counsel of record, PAUL D. POWELL, ESQ. and MICHAEL A. KRISTOF, ESQ., of THE POWELL LAW FIRM; and Defendant MAIKA ABRIGO, by and through his counsel of record, JAMES P.C. SILVESTRI, ESQ. and STEVEN GOLDSTEIN, ESQ. of PYATT SILVESTRI; that due to a legal name change, the parties be permitted to amend the caption on file to reflect LA TOYA WILLIAMS-WILKERSON, individually, as Plaintiff, in place and stead of LATOYA WILLIAMS, individually.

Defendant's Answer to Plaintiffs' Complaint, as previously filed will serve as Defendants' responses to the stipulated amendment.

No changes to the present claims, or the substance of the Complaint, are permitted per this stipulation.

DATED this 9th day of December, 2019.    DATED this 9th day of December, 2019.

THE POWELL LAW FIRM                      PYATT SILVESTRI

By: ___/s/ Michael Kristof_____    By: ____/s/ Steven Goldstein_____
    Paul D. Powell, Esq.                          James P. C. Silvestri, Esq.
    Michael A. Kristof, Esq.                      Steven Goldstein, Esq.
    8918 Spanish Ridge Avenue, Suite 100           701 Bridger Avenue, Suite 600
    Las Vegas, Nevada 89148                       Las Vegas, Nevada 89101
    Attorneys for Plaintiffs                      Attorneys for Defendant

## **ORDER**

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein and good cause appearing:

IT IS HEREBY ORDERED that the parties be permitted to amend the caption on file to reflect LA TOYA WILLIAMS-WILKERSON, individually, as Plaintiff, in place and stead of LATOYA WILLIAMS, individually.

IT IS FURTHER ORDERED THAT Defendant's Answer to Plaintiffs' Complaint, as previously filed will serve as Defendants' responses to the stipulated amendment.

IT IS FURTHER ORDERED THAT no changes to the present claims, or the substance of the Complaint, are permitted per this stipulation.

Dated: December 10, 2019

**UNITED STATES MAGISTRATE JUDGE**

_____