UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CURTIS WILKERSON, et al.,

    Plaintiff(s),

v.

MAIKA ABRIGO,

    Defendant(s).

Case No.: 2:19-cv-01326-APG-NJK

**Order**

[Docket No. 25]

Defendant filed notice of independent medical examination. Docket No. 25. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: January 24, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge