UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al.,<br>    Plaintiff(s),<br>v.<br>MAIKA ABRIGO, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-01326-APG-NJK<br>**Order**<br>[Docket No. 46] |

Pending before the Court is a stipulation regarding late depositions. Docket No. 46. Counsel must immediately confer on obtaining available dates for as soon as possible for all proposed depositions, including those in the stipulation for which no dates are currently listed. In addition, the Court **SETS** a telephonic hearing on the stipulation for 10:00 a.m. on November 24, 2020. Counsel must appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: November 18, 2020

　　　　　　　　　　　　　　　　　　　　　　
Nancy J. Koppe
United States Magistrate Judge