1   Paul D. Powell, Esq.
Nevada Bar No. 7488
2   Tom W. Stewart, Esq.
Nevada Bar No. 14280
3   The Powell Law Firm
8918 Spanish Ridge Avenue, Suite 100
4   Las Vegas, Nevada 89148
paul@tplf.com
5   tstewart@tplf.com
Phone: (702) 728-5500
6   Facsimile: (702) 728-5501
7   Attorneys for Plaintiffs

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  CURTIS WILKERSON, individually; and          Case No.: 2:19-cv-01326-APG-NJK
    LATOYA WILLIAMS, individually,

12                  Plaintiffs,                   **PLAINTIFF'S EX PARTE MOTION TO**
                                                  **REMOVE COUNSEL FROM CM/ECF**
13          vs.                                   **SERVICE LIST**

14  MAIKA ABRIGO, individually; DOES I-X, and
    ROE CORPORATIONS I-X, inclusive,

15

16                  Defendants.

17          Plaintiffs Curtis Wilkerson and LaToya Williams, by and through their attorneys of record,

18  The Powell Law Firm, request that Michael A. Kristoff, Esq., and Jason F. Lather, Esq., be removed

19  from the list of counsel to be noticed because Mr. Kristoff and Mr. Lather are no longer associated

20  with The Powell Law Firm and no longer represent any party in this action.

21

22          Dated this 19th day of November 2020.

23                                   THE POWELL LAW FIRM

24

25                                   /s/ Tom W. Stewart
IT IS SO ORDERED.                    Paul D. Powell, Esq. (#7488)
26  Dated: November 20, 2020          Tom W. Stewart, Esq. (#14280)
                                     8918 Spanish Ridge Avenue, Suite 100
27  .                                Las Vegas, Nevada 89148
    .                                Attorneys for Plaintiffs
28  _____

Nancy J. Koppe
United States Magistrate Judge

- 1 -