UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al.,<br>　　Plaintiff(s),<br>v.<br>MAIKA ABRIGO, et al.,<br>　　Defendant(s). | Case No.: 2:19-cv-01326-APG-NJK<br>**Order**<br>[Docket No. 46] |

Pending before the Court is a stipulation to take depositions outside the discovery period. Docket No. 46. The Court held a hearing on November 24, 2020. For the reasons stated at the hearing, the stipulation is **GRANTED** as follows: The depositions specifically identified in the stipulation must be completed no later than January 7, 2021. Relief is limited to the depositions specifically identified in the stipulation; no other deposition or discovery is permitted after the discovery cutoff of December 7, 2020. No other deadlines in the scheduling order, including the dispositive motion deadline of January 8, 2021, have been altered by this ruling.

IT IS SO ORDERED.

Dated: November 24, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1