UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al.,<br>    Plaintiff(s),<br>v.<br>MAIKA ABRIGO,<br>    Defendant(s). | Case No.: 2:19-cv-01326-APG-NJK<br><br>**Order**<br><br>[Docket No. 60] |

Pending before the Court is defense counsel's motion to remove certain persons from the CMECF distribution in all cases and in this case. Docket No. 60.

With respect to Ms. Nisce and Ms. Macias, they have not appeared on the docket in this case and instead are receiving email notifications because they are listed as secondary email recipients on Mr. Goldstein's CMECF account. To edit the email recipients associated with his CMECF account, Mr. Goldstein must update his account himself. Questions regarding that process should be directed to the CMECF helpdesk at 702-464-5555.

With respect to Mr. Goldman, the motion will be granted in that he will be removed as an attorney of record active in this matter.[1]

Accordingly, the motion is **GRANTED** in part in that Brian Goldman will be removed as an active attorney of record in this case and will no longer receive notifications regarding activity

---

[1] The request also seeks removal of Mr. Goldman's legal assistant who is listed as a secondary email recipient on Mr. Goldman's CMECF account. To the extent a change is requested as to Mr. Goldman's secondary email recipients, he must update his CMECF account himself.

1

in this case.  In all other respects, the motion is **DENIED** without prejudice to counsel updating their CMECF accounts.

    IT IS SO ORDERED.

    Dated: February 24, 2021

                                                                                                     Nancy J. Koppe
                                                                                   United States Magistrate Judge