UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al.,<br>    Plaintiff(s),<br>v.<br>MAIKA ABRIGO,<br>    Defendant(s). | Case No.: 2:19-cv-01326-APG-NJK<br><br>**Order** |

On February 22, 2021, the Court issued an order setting a settlement conference for April 29, 2021. Docket No. 58. Therein, the Court detailed the requirements for settlement statements to be submitted to chambers. Having now reviewed the parties' settlement statements, they are both defective.

The Court will not detail all of the ways in which the briefs are defective, but it will address two threshold issues. First, neither brief has provided an email address for each of the settlement conference participants. *But see* Docket No. 58 at 3 ("**The settlement conference statements must also include an email address for each participant**" (emphasis in original)). Those email addresses are required to host the settlement conference by video. Second, exhibits must be attached to the brief and submitted by email. *See id.* at 2 (requiring "[a]ttachment of any documents or exhibits that are relevant to key factual or legal issues").[1] For security reasons, the Court will not attempt to retrieve documents from external websites.

---

[1] To the extent the attachments are too large for submission in a single email, they may be submitted in separate emails.

Counsel must carefully read the Court's order setting the settlement conference. Amended settlement statements that fully comply with that order must be submitted by noon on April 26, 2021. **FAILURE TO COMPLY MAY RESULT IN THE VACATION OF THE SETTLEMENT CONFERENCE AND/OR THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: April 23, 2021

_____
Nancy J. Koppe
United States Magistrate Judge