JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
STEVEN M. GOLDSTEIN, ESQ.
Nevada Bar No. 6318
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
sgoldstein@pyattsilvestri.com

Attorneys for Defendant,
*MAIKA ABRIGO*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, individually; and LA TOYA WILLIAMS-WILKERSON, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>MAIKA ABRIGO, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01326-APG-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(11) AS TO CURTIS WILKERSON ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CURTIS WILKERSON, by and through his attorney, PAUL D. POWELL, ESQ., JARED D. POWELL, ESQ. and THOMAS W. STEWART, ESQ. of The Powell Law Firm, and Defendant, MAIKA ABRIGO (hereinafter "MAIKA") by and through his counsel of record JAMES P.C. SILVESTRI, ESQ. and STEVEN M. GOLDSTEIN, ESQ., of the law firm of PYATT SILVESTRI, that the above-referenced action shall be dismissed with prejudice as to his case only, each party to bear their own attorney's fees and costs;

///

///

This case has been scheduled for trial on September 27, 2021, the trial date will remain the same as to the claims asserted by Plaintiff La Toya Williams-Wilkerson against Defendant Maika Abrigo.

DATED this 14 day of May, 2021.

**PYATT SILVESTRI**

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
STEVEN M. GOLDSTEIN, ESQ.
Nevada Bar No. 6318
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
MAIKA ABRIGO

DATED this 13 day of May, 2021.

**THE POWELL LAW FIRM**

_____#15618___
PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
JARED D. POWELL, ESQ.
Nevada Bar No. 15086
THOMAS W. STEWART, ESQ.
Nevada Bar No. 14280
8918 Spanish Ridge Ave., Ste 100
Las Vegas, NV 89148
Attorneys for Plaintiff
CURTIS WILKERSON AND
LA TOYA WILLIAMS-WILKERSON

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on this 14 day of May, 2021, I received concurrence from Plaintiff's counsel, JARED D. POWELL, ESQ., PAUL D. POWELL, ESQ. and THOMAS W. STEWART, ESQ., to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 14 day of May, 2021.

/s/ Steven M. Goldstein, Esq.
STEVEN M. GOLDSTEIN, ESQ.
Nevada Bar No. 6318

## ORDER FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF CURTIS WILKERSON ONLY

Pursuant to the foregoing Stipulation, it is hereby.

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice as to Plaintiff Curtis Wilkerson only, each party to bear its own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the September 27, 2021 trial date will remain the same as to the claims asserted by Plaintiff La Toya Williams-Wilkerson against Defendant Maika Abrigo.

DATED this 14th day of May, 2021.

_____
U. S. DISTRICT JUDGE

Respectfully Submitted By:

_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
STEVEN M. GOLDSTEIN, ESQ.
Nevada Bar No. 6318
701 Bridger Ave., Suite
Las Vegas, NV 89101
Attorneys for Defendant,
*MAIKA ABRIGO*