Paul D. Powell, Esq. (SBN 7488)
Ryan T. O'Malley, Esq. (SBN 12461)
Tom W. Stewart, Esq. (SBN 14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
tstewart@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA WILLIAMS-WILKERSON, individually,)<br><br>Plaintiffs,<br><br>vs.<br><br>MAIKA ABRIGO, individually; DOES I-X, and<br>ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01326-APG-NJK<br><br><br><br><u>**STIPULATION TO**</u><br><u>**CONTINUE TRIAL**</u> |

IT IS HEREBY STIPULATED by and between Plaintiff LaToya Williams-Wilkerson, by and through herr attorneys of record Paul D. Powell, Esq., Ryan T. O'Malley, Esq. and Thomas W. Stewart, Esq. of The Powell Law Firm, and Defendant, Maika Abrigo, by and through his attorney, James Silvestri, Esq. and Ali Iqbal, Esq., of the law firm Pyatt Silvestri (collectively, the parties), and hereby stipulate that this matter be continued from its' current trial stack of September 27, 2021 to the next available trial stack in January 2022 or later.

///

///

///

///

///

///

1

IT IS SO STIPULATED.

DATED this 2nd day of September, 2021.        DATED this 2nd day of September, 2021

THE POWELL LAW FIRM                           PYATT SILVESTRI


By: _/s/ Tom W. Stewart, Esq._                By: _/s/ Ali R. Iqbal, Esq._
Paul D. Powell, Esq.              .           James P.C. Silvestri, Esq.
Ryan T. O'Malley, Esq.                        Ali R. Iqbal, Esq.
Tom W. Stewart, Esq.                          PYATT SILVESTRI
8918 Spanish Ridge Avenue, Suite 100          701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                     *Attorneys for Defendant*

Wilkerson v. Abrigo
2:19-cv-01326-APG-NJK

### **ORDER**

Pursuant to stipulation by the parties, and for good cause shown, the trial in this matter is hereby continued from September 27, 2021 to March 18, 2022, at 9:00 a.m. and Calendar Call continued to March 8, 2022 at 9:00 a.m. The September 7, 2021 Master Trial Calendar is vacated.

**IT IS SO ORDERED.**

 DATED this 3rd day of September, 2021.

_____
 UNITED STATES DISTRICT COURT JUDGE

Submitted by:

THE POWELL LAW FIRM

*/s/ Tom W. Stewart, Esq.*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Ryan T. O'Malley, Esq.
Nevada Bar No. 12461
Tom W. Stewart, Esq.
Nevada Bar No. 14280
8918 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

3