# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS WILKERSON, et al., | Case No.: 2:19-cv-01326-APG-NJK |
| Plaintiffs | **Order Granting Motion to Strike Motions in Limine** |
| v. | [ECF Nos. 67-72, 74] |
| MAIKA ABRIGO, | |
| Defendant | |

Defendant Maika Abrigo filed numerous motions *in limine* after sending one email to opposing counsel that went unanswered.  Plaintiff La Toya Williams-Wilkerson moves to strike the motions *in limine* for failing to comply with the meet and confer requirement under the Local Rules. ECF No. 74.

I grant the motion to strike and order the parties to confer before filing new motions. Although one party cannot obstruct the filing of motions *in limine* by refusing to confer, sending one email is not sufficient to establish the meet and confer requirement has been met or would be futile.  Plaintiffs' counsel has now indicated a willingness to confer in good faith about the motions.

I THEREFORE ORDER that the motion to strike **(ECF No. 74) is GRANTED**.  The motions *in limine* **(ECF Nos. 67-72) are DENIED** without prejudice to refile after a proper meet and confer as required under Local Rule 16-3(a).

DATED this 13th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE