JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA WILLIAMS-WILKERSON, individually, ) | CASE NO. 2:19-cv-01326-APG-NJK |
| Plaintiffs, ) | |
| vs. ) | **STIPULATION TO** |
| MAIKA ABRIGO, individually; DOES I-X, and ) | **CONTINUE TRIAL** |
| ROE CORPORATIONS I-X, inclusive, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED between Plaintiff, LaToya Williams-Wilkerson, by and through her attorneys of record Paul D. Powell, Esq., Ryan T. O'Malley, Esq., and Thomas W. Stewart, Esq. of The Powell Law Firm, and Defendant, Maika Abrigo, by and through his attorneys, James P. C. Silvestri, Esq. and Ali R. Iqbal, Esq., of the law firm Pyatt Silvestri (collectively, the parties), that this matter be continued from its' current trial stack of March 14, 2022 to the next available trial stack in December 2022 or later.

///

///

///

///

///

1

1     IT IS SO STIPULATED.

DATED this 10th day of February, 2022.      DATED this 10th day of February, 2022.

| **PYATT SILVESTRI** | **THE POWELL LAW FIRM** |
|---|---|
| /s/*Ali R. Iqbal* | /s/ Tom W. Stewart |
| James P. C. Silvestri, Esq. | Paul D. Powel, Esq. |
| Ali R. Iqbal, Esq. | Ryan t. O'Malley, Esq. |
| 801 Bridger Ave., Suite 600 | Tom W. Stewart, Esq. |
| Las Vegas, NV 89121 | 8918 Spanish Ridge Avenue, Ste. 100 |
| *Attorneys for Defendants* | Las Vegas, NV 89148 |
| | *Attorneys for Plaintiff* |

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on, February 10, 2022, I received concurrence from Plaintiff's counsel, Tom W. Stewart, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 10, 2022.

*/s/ Ali R. Iqbal*

Ali R. Iqbal, ESQ.

Nevada Bar No. 15056

Wilkerson v. Abrigo
2:19-cv-01326-APG-NJK

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown, the trial in this matter is hereby moved from the March 18, 2022 to December 5, 2022, at 9:00 a.m. in courtroom 6C. Calendar call is continued to November 29, 2022, at 9:00 a.m. in courtroom 6C.

IT IS SO ORDERED:

Dated: February 11, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Submitted by:

**PYATT SILVESTRI**

By: /s/ Ali R. Iqbal
James P. C. Silvestri, Esq.
Nevada Bar No. 3603
Ali R. Iqbal, Esq.
Nevada Bar No. 15056
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
*Attorneys for Defendant*