JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000 / Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LATOYA WILLIAMS, individually,<br><br>Plaintiffs,<br>vs.<br><br>MAIKA ABRIGO, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01326-CDS-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM CM/ECF SERVICE** |

COMES NOW, Defendant, MAIKA ABRIGO (hereinafter "ABRIGO"), by and through his counsel of record JAMES P. C. SILVESTRI, ESQ., and ALI R. IQBAL, ESQ., of the law firm of PYATT SILVESTRI, and respectfully moves this Court for an Order to remove attorney, STEVEN M. GOLDSTEIN, ESQ. from its Case Management/Electronic Case Filing system.

Attorney Steven M. Goldstein, Esq., is no longer with the law office of PYATT SILVESTRI.  Given the appearance of attorney James P.C. Silvestri, Esq., and Ali R. Iqbal, Esq. herein, on behalf of Defendant, no party will be prejudiced by the counsel's withdrawal.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

1  This Motion is based upon all pleadings and papers filed herein, and any oral arguments that this Court wishes to consider.

Dated this 7th day of November, 2022.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No.: 15056
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorney for Defendant,
*MAIKA ABRIGO*

**ORDER**

IT IS SO ORDERED.

Dated: November 8, 2022

_____
U.S. MAGISTRATE JUDGE