Paul D. Powell (7488)
Ryan T. O'Malley (12461)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATOYA WILLIAMS, individually,<br><br>Plaintiffs,<br>vs.<br><br>MAIKA ABRIGO, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01326-~~APG~~-NJK <sup>CDS</sup> [1]<br><br>**STIPULATION TO CONTINUE TRIAL** |

It is hereby stipulated by and between Plaintiffs Latoya Williams, by and through their attorneys of record The Powell Law Firm, and Defendant, Maika Abrigo, by and through his attorneys of record, the law firm Pyatt Silvestri (collectively, the parties) that this matter be continued from its' current trial stack of December 5, 2022, to the next available trial stack in August 2023 or later.

The stipulation is submitted because Defense counsel will be in trial that will coincide with the currently set trial in this case from the end of November to the beginning of December 2022. Further, both the parties' experts are unavailable from late December through early January. Additionally, the parties trial calendar from January to July have multiple trials scheduled in other cases. The parties have discussed and agreed that a more appropriate trial stack beginning August 2023 or later will accommodate the parties and their experts' schedules.

. . .

. . .

. . .

---

[1] Counsel are reminded that this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number. ECF No. 83.

1    IT IS SO STIPULATED.

Dated November 4, 2022.                                    Dated November 4, 2022.

**THE POWELL LAW FIRM**                                    **PYATT SILVESTRI**

By: /s/ Paul D. Powell                                     By: /s/ Ali R. Iqbal
Paul D. Powell (7488)                            .         James P. C. Silvestri, Esq.
Ryan T. O'Malley (12461)                                   Ali R. Iqbal, Esq.
8918 Spanish Ridge Avenue, Suite 100                       701 Bridger Ave., Suite 600
Las Vegas, Nevada 89148                                    Las Vegas, Nevada 89101
Attorneys for Plaintiff                                    Attorneys for Defendant

Williams v. Abrigo
2:19-cv-01326-APG-NJK
CDS

**ORDER**

Pursuant to stipulation by the parties, and for good cause shown, the trial in this matter is hereby moved from the December 5, 2022 trial stack to May 8, 2023, at 9:00 a.m. with Calendar Call scheduled for April 27, 2023, at 9:30 a.m. in courtroom 6B.

IT IS SO ORDERED.

_____
Cristina D. Silva, U.S. District Judge
DATED: November 10, 2022

Submitted by:

**THE POWELL LAW FIRM**

/s/ Paul D. Powell
Paul D. Powell (7488)
Ryan T. O'Malley (12461)
8918 Spanish Ridge Avenue, Ste. 100
Las Vegas, NV 89148
Attorneys for Plaintiff

3