Paul D. Powell (7488)
Ryan T. O'Malley (12461)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATOYA WILLIAMS-WILKERSON, individually,<br><br>          Plaintiffs<br><br>     vs.<br><br>MAIKA ABRIGO, individually, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>          Defendants | Case No. 2:19-cv-01326-CDS-NJK<br><br>**STIPULATION TO CONTINUE TRIAL** |

It is hereby stipulated by and between Plaintiffs Latoya Williams-Wilkerson, by and through their attorneys of record The Powell Law Firm, and Defendant, Maika Abrigo, by and through his attorneys of record, the law firm Pyatt Silvestri (collectively, the parties) that this matter be continued from it's current trial stack of May 8, 2023/May 9, 2023, to the next available trial stack in November 2023 or later.

The stipulation is submitted because Plaintiff's counsel has a firm May 8, 2023, trial setting in another matter which cannot be further continued.  The case is *Ray v. Hernandez*, No. A-19-788335-C in the Eighth Judicial District Court.  *Ray* arises from an automobile crash which took place on February 12, 2018.  The plaintiff's injuries have resulted in over $250k in medical bills to date, including an October 23, 2018, cervical diskectomy and fusion surgery.  The plaintiff is seeking millions of dollars in damages.  Due to the age of the case, the Eighth Judicial District Court has assigned a firm date and has indicated that no requests for a continuance will be entertained.

1

The parties have discussed and agreed that the trial stack beginning November 2023 or later will accommodate the parties and their experts' schedules.

IT IS SO STIPULATED.

Dated April 10, 2023.

**THE POWELL LAW FIRM**

By: /s/ Paul D. Powell
Paul D. Powell (7488)
Ryan T. O'Malley (12461)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

Dated April 10, 2023.

**PYATT SILVESTRI**

By: /s/ Ali R. Iqbal
James P. C. Silvestri, Esq.
Ali R. Iqbal, Esq.
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant

Williams v. Abrigo
2:19-cv-01326-CDS-NJK

**ORDER**

IT IS HEREBY ORDERED that the stipulation by the parties is granted in part and denied in part. The calendar call currently scheduled for April 27, 2023 at the hour of 9:30 a.m. is vacated and continued to August 10, 2023 at the hour of 9:30 a.m., and the trial currently scheduled for May 8, 2023 at 9:00 a.m. is vacated and continued to August 21, 2023 at the hour of 9:30 a.m. in LV Courtroom 6B.

DATED: 4/11/2023

_____
Cristina D. Silva
United States District Judge

Submitted by:

**THE POWELL LAW FIRM**

/s/ Paul D. Powell
Paul D. Powell (7488)
Ryan T. O'Malley (12461)
Attorneys for Plaintiff