1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  ALI R. IQBAL, ESQ.
   Nevada Bar No. 15056
3  **PYATT SILVESTRI**
   701 Bridger Ave., Suite 600
4  Las Vegas, NV 89101
   Tel: (702) 383-6000
5  Fax: (702) 477-0088
   jsilvestri@pyattsilvestri.com
6  aiqbal@pyattsilvestri.com
   Attorneys for Defendant,
7  *MAIKA ABRIGO*

8               **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS WILKERSON, individually; and LATOYA WILLIAMS-WILKERSON, individually, | CASE NO.: 2:19-cv-01326-CDS-NJK |
| Plaintiffs | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| vs. | |
| MAIKA ABRIGO, individually; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

It is hereby stipulated by and between Plaintiff LATOYA WILLIAMS-WILKERSON, by and through their attorneys of record, The Powell Law Firm, and Defendant, MAIKA ABRIGO, by and through his attorneys of record, the law firm Pyatt Silvestri (collectively, the parties) that this matter be continued from its current trial stack of November 13, 2023, to the next available trial stack in March of 2024. Please also see the attached Affidavit of counsel Ali R. Iqbal, Esq.

This stipulation is being submitted because Defendant's counsel will be in a trial the week of November 13, 2023, which is slated to be the first trial on that trial stack, in the Eighth Judicial District Court.

Additionally, Defendant's experts, Dr. Jefferey Wang, and Dr. David Fish, are unavailable certain dates that will fall during the trial for this matter. Dr. Wang is committed to other matters from November 6, 2023, to November 10, 2023, and again on November 16, 2023,

to November 18, 2023. Dr. Fish is only available November 16 and November 17, 2023. The parties anticipate that this trial will be 1-2 weeks long.

Additionally, Plaintiff's counsel has a firm trial date in another matter from October 30, 2023, until November 9, 2023.

Finally, since the parties last mediation in March of 2023, the parties have been engaged in discussion for parameters of a potential binding arbitration regarding this matter. These discussions are ongoing, and the parties would also request time in order to continue to discuss the details of such.

The parties have discussed and agreed that the trial stack beginning March 2024 or later will accommodate the parties and their experts' schedules.

IT IS SO STIPULATED.

Dated September 29th, 2023.                                   Dated September 29th, 2023.

**PYATT SILVESTI**                                              **THE POWELL LAW FIRM**

By: /s/ *Ali R. Iqbal*                                        By: /s/ *Traysen Turner*
James P. C. Silvestri, Esq. (3603)                            Paul D. Powell (7488)
Ali R. Iqbal, Esq. (15056)                                    Ryan T. O'Malley (12461)
701 Bridger Ave., Suite 600                                   Traysen Turner, Esq. (16017)
Las Vegas, Nevada 89101                                       8918 Spanish Ridge Avenue, Suite 100
Attorneys for Defendant                                       Las Vegas, Nevada 89148
                                                              Attorneys for Plaintiff

### ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on September 29, 2023, I received concurrence from Plaintiff's counsel, Traysen Turner, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 2, 2023.

/s/ Ali R. Iqbal
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056

# DECLARATION OF DEFENDANT'S COUNSEL ALI R. IQBAL, ESQ.

ALI R. IQBAL, ESQ's., DECLARES UNDER THE PENALTY OF PERJURY THAT:

1. The parties submitted the Seventh Stipulation to Continue Trial in this matter on July 17, 2023, and the Court set a hearing to address the stipulation on July 20, 2023, at 10:00 a.m.

2. Your Affiant was unable to attend the hearing because he was out of the office from July 16, 2023, to July 21, 2023.

3. Counsel for Defendant, James P. C. Silvestri, Esq., was in mediation at the time of the hearing at Advanced Resolution Management, and his legal assistant was also out of the office.

4. The hearing did not make it to Your Affiant or Mr. Silvestri's calendar, and neither were able to attend.

5. Your Affiant called the Courtroom Administrator, Denise Saavedra, to convey this same information on July 20, 2023, after the hearing had taken place.

6. Your affiant has communicated with Dr. Jeff Wang and Dr. David Fish regarding their availability for a November 6, 2023, and have included such in the stipulation.

DATED this 2nd day of October 2023

/s/ Ali R. Iqbal, Esq.
ALI R. IQBAL, ESQ.

Wikerson et. al. v. Abrigo
2:19-cv-01326-CDS-NJK

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000

**ORDER**

Pursuant to stipulation by the parties, and the argument of counsel, the trial in this matter is hereby moved from the November 13, 2023 trial stack to March 11, 2024 at 9:30 a.m. with Calendar Call scheduled for February 29, 2024 at 9:30 a.m. in LV Courtroom 6B.

**IT IS SO ORDERED.**

DATED: October 10, 2023

_____
Cristina D. Silva
United States District Judge

Submitted by:

**PYATT SILVESTRI**

/s/ *Ali R. Iqbal*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
Attorneys for Defendant,
*MAIKA ABRIGO*