Paul D. Powell (7488)
Traysen N. Turner (16017)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | tturner@tplf.com
Phone 702.728.5500 | Fax 702.728.5501
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LATOYA WILLIAMS-WILKERSON,<br><br>                              Plaintiff<br><br>        vs.<br><br>MAIKA ABRIGO,<br><br>                              Defendant | Case No. 2:19-cv-01326-CDS-NJK<br><br>**STIPULATION AND ORDER TO SUBMIT CASE TO BINDING ARBITRATION IN LIEU OF TRIAL**<br><br>[ECF No. 114] |

        The parties hereby stipulate that this matter be submitted to binding Arbitration in lieu of trial. As such, the trial set for March 11, 2024, shall be vacated. The parties will submit a stipulation and order for dismissal with prejudice **within 14 days** of the resolution of the binding Arbitration.

Dated February 21, 2024.

**THE POWELL LAW FIRM**

By: /s/ Traysen N. Turner
Paul D. Powell (7488)
Traysen N. Turner (16017)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

Dated February 21, 2024.

**PYATT SILVESTRI**

By: /s/ Ali R. Iqbal
James P. C. Silvestri, Esq.
Ali R. Iqbal, Esq.
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: February 22, 2024