1  JAMES P. C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  STEVEN M. GOLDSTEIN, ESQ.
   Nevada Bar No. 6318
3  **PYATT SILVESTRI**
   701 Bridger Ave., Suite 600
4  Las Vegas, NV 89101
   Tel: (702) 383-6000
5  Fax: (702) 477-0088
   jsilvestri@pyattsilvestri.com
6  sgoldstein@pyattsilvestri.com

7  Attorneys for Defendant,
   *MAIKA ABRIGO*

8

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11  LATOYA WILLIAMS-WILKERSON,                      CDS
                                        CASE NO.:  2:19-cv-01326-~~APG~~-NJK
12              Plaintiff,

13  vs.

14  MAIKA ABRIGO,

15              Defendant.

16

17      **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

18      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, LATOYA

19  WILLIAMS-WILKERSON by and through her counsel PAUL D. POWELL, ESQ., JARED D.

20  POWELL, ESQ.  and TRAYSEN TURNER, ESQ. of The Powell Law Firm, and Defendant,

21  MAIKA ABRIGO (hereinafter "MAIKA") by and through his counsel of record JAMES P.C.

22  SILVESTRI, ESQ., ALI R. IQBAL, ESQ., of the law firm of PYATT SILVESTRI, that the

23  above-referenced action shall be dismissed with prejudice each party to bear their own attorney's

24  fees and costs;

25  . . .

26  . . .

27  . . .

28  . . .

Pyatt Silvestri
701 E. Bridger Avenue
Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
                                          1

DATED this 21ST day of June, 2024.

**PYATT SILVESTRI**

JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL ESQ.
Nevada Bar No. 15056
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant
MAIKA ABRIGO

DATED this 18th day of June, 2024.

**THE POWELL LAW FIRM**

PAUL D. POWELL, ESQ.
Nevada Bar No. 7488
JARED D. POWELL, ESQ.
Nevada Bar No. 15086
TRAYSEN TURNER, ESQ.
Nevada Bar No. 16017
8918 Spanish Ridge Ave., Ste 100
Las Vegas, NV 89148
Attorneys for Plaintiff
LATOYA WILLIAMS-WILKERSON

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on this 21ST day of June, 2024, I received concurrence from Plaintiff's counsel, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 21st day of June, 2024.

ALI R. IQBAL, ESQ.
Nevada Bar No.: 15056

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby.

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed with prejudice as to each party to bear its own fees and costs.

The Clerk of Court is kindly instructed to close this case.

Dated: June 21, 2024

_____
U. S. DISTRICT                         JUDGE

Respectfully Submitted By:

JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
701 Bridger Ave., Suite
Las Vegas, NV 89101
Attorneys for Defendant,
*MAIKA ABRIGO*